[No. 30928-5-I.    Division One.    January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT F. FUTIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03334-6, LeRoy McCullough, J., entered June 5, 1992. *Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis, C.J., and Coleman, J.

[Nos. 31908-6-I; 32378-4-I.    Division One.    January 23, 1995.]

SECURITY PACIFIC BANK OF WASHINGTON, N.A., ET AL, *Respondents*, v. BELLEVUE WOMEN'S HEALTH CLUB, INC., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 92-2-17021-3, Lloyd W. Bever, J., entered November 12, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Kennedy, JJ.

[Nos. 32303-2-I; 33551-1-I.    Division One.    January 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM F. LUSBY, *Appellant*.

*In the Matter of the Personal Restraint of* WILLIAM F. LUSBY, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-02367-1, Sharon S. Armstrong, J., entered January 15, 1993. *Remanded with instructions* by unpublished opinion per Agid, J., concurred in by Baker, A.C.J., and Webster, J.